

# NUMBER 13-16-00257-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MIGUEL ROJAS AND LOURDES ROJAS,**               **Appellants,**

**v.**

**CITIMORTGAGE, INC.,**               **Appellee.**

---

### On appeal from the 404th District Court
### of Cameron County, Texas

---

# ORDER ABATING APPEAL

### Before Justices Garza, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court on the parties' agreed motion to abate appellate deadlines to allow the parties to pursue mediation. The parties request the appeal be abated for a period of at least 90 days to allow for mediation to be convened in either Hidalgo County or Cameron County, Texas.

The Court, having examined and fully considered the documents on file and the agreed motion to abate, is of the opinion that the motion to abate the appeal should be granted.  The motion to abate the appeal is GRANTED and this appeal is ordered ABATED until February 16, 2017.

The Court directs appellant to file, on or before February 16, 2017, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
16th day of November, 2016.